IN RE: ADOPTION OF: M.A.R.,

Appeal of: A.C.R.

570 MDA 2017

Superior Court of Pennsylvania.

09/18/2017

2016–0142

(York)

Affirmed

IN the INTEREST OF: M.A.R., a Minor

574 MDA 2017

Superior Court of Pennsylvania.

09/18/2017

CP–67–DP–0000095–2015

(York)

Affirmed

GOLD, D.

v.

PLESSET PROPERTIES

1178 WDA 2016

Superior Court of Pennsylvania.

09/18/2017

GD 12–018098

(Allegheny)

Affirmed

COM.

v.

HICKS, A.

1409 WDA 2016

Superior Court of Pennsylvania.

09/18/2017

CP–02–CR–0006820–2015

(Allegheny)

Affirmed

COM.

v.

WALKER, J.

1425 WDA 2016

Superior Court of Pennsylvania.

09/18/2017

CP–25–CR–0000691–2015 (Erie)

Affirmed

COM.

v.

LAMBERT, R.

1458 WDA 2016

Superior Court of Pennsylvania.

09/18/2017

CP–24–CR–0000363–2008 (Elk)

Affirmed